# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 7, 2015

149872-3(67)
150042

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SEAN HARRIS,
      Defendant-Appellant.
_____/

SC: 149872
COA: 317158
Wayne CC: 13-001620-AR

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

WILLIAM LITTLE,
      Defendant-Appellant.
_____/

SC: 149873
COA: 317272
Wayne CC: 13-001620-AR

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

NEVIN HUGHES,
      Defendant-Appellant.
_____/

SC: 150042
COA: 316072
Wayne CC: 13-001041-FH

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its brief on appeal is GRANTED. The brief submitted on June 25, 2015, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 7, 2015

